UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

TUERE BARNES,

                Defendant.

04 Cr. 186-03 (LAP)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-9-19

LORETTA A. PRESKA, Senior United States District Judge:

Defendant may file a reply to the Government's December 6, 2019 letter in opposition to Defendant's motion for a reduction of sentence [see dkt. no. 696] by no later than December 23, 2019.

**SO ORDERED.**

Dated:    New York, New York
          December 9, 2019

_____
LORETTA A. PRESKA
Senior United States District Judge

1