AO 247 (SDNY Rev. 07/10) Order Regarding Motion for Sentence Reduction Pursuant to First Step Act and 18 U.S.C. § 3582(c)(2)

Case 1:04-cr-00186-LAP   Document 705   Filed 07/07/20   Page 1 of 1

Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 1:S9 04cr186-03 (LAP) |
| Tuere Barnes | ) | USM No: 84034-054 |
| | ) | |
| Date of Original Judgment: 07/30/2010 | ) | |
| Date of Previous Amended Judgment: | ) | Elisabeth Shane |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO FIRST STEP ACT AND 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    300 Months    months **is reduced to**    Time Served Plus 1 Week    .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    07/30/2010    shall remain in effect.

**IT IS SO ORDERED**.

Order Date:    07/07/2020

*Loretta A. Preska*
*Judge's signature*

Effective Date: _____

Loretta A. Preska, Senior U.S.D.J.

*(if different from order date)*    *Printed name and title*