UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>TUERE BARNES,<br><br>                Defendant. | No. 04 CR 186(LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Barnes's motion for early termination of supervised release. (Dkt. No. 706.) The Government shall submit its response on or before January 14, 2022.

**SO ORDERED.**

Dated:    January 3, 2022
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1